UNITED STATES of America,
Plaintiff—Appellee,

v.

Joseph E. WILLIAMS, Defendant—
Appellant.

No. 09–7475.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 4, 2010.

Joseph E. Williams, Appellant Pro Se.
Erik R. Barnett, Assistant United States
Attorney, Alexandria, Virginia, for Appellee.

Before GREGORY, SHEDD, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM Opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Joseph E. Williams seeks to appeal the
district court's order denying relief on his
28 U.S.C.A. § 2255 (West Supp.2009) motion. The order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)
(2006). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a
prisoner satisfies this standard by demonstrating that reasonable jurists would find

that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the motion states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595. We have
independently reviewed the record and
conclude that Williams has not made the
requisite showing. Accordingly, we deny
Williams' motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*